KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ANTHONY ELLIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ELLIS.<br><br>Defendants. | No. 17-CR-00204-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date: April 25, 2019<br>Time: 10:00 am.<br>Judge: Honorable Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Anthony Ellis that the previously-scheduled status conference, currently set for March 28, 2019, be vacated and that the matter be set for status conference on April 25, 2019 at 10:00 a.m.

Mr. Ellis recently appeared in this jurisdiction to face the charges against him and initial discovery was provided to counsel on December 20, 2018. Supplemental discovery was received last week and there is still some outstanding. Counsel have conferred and this continuance is

1

requested to explore potential motions, further evaluate the discovery in this case, meet with his client and further investigate possible defenses.

  IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A), (B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 25, 2019, up to and including April 25, 2019.

IT IS SO STIPULATED.

Dated: March 25, 2019             McGREGOR W. SCOTT
                       UNITED STATES ATTORNEY

                by:    /s/ Cameron Desmond
                       CAMERON DESMOND
                       Assistant U.S. Attorney
                       Attorney for Plaintiff

Dated: March 25, 2019             /s/ Kyle R. Knapp
                       KYLE KNAPP
                       Attorney for Defendant
                       ANTHONY ELLIS

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's March 28, 2019 criminal calendar and re-calendared for status conference on April 25, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on March 25, 2019, through and including April 25, 2019.

IT IS SO ORDERED.

Dated: March 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE