KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ANTHONY ELLIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ELLIS.<br><br>Defendants. | No. 17-CR-00204-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date: May 23, 2019<br>Time: 10:00 am.<br>Judge: Honorable Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Anthony Ellis that the previously-scheduled status conference, currently set for April 25, 2019, be vacated and that the matter be set for status conference on May 23, 2019 at 10:00 a.m.

    Mr. Ellis recently appeared in this jurisdiction to face the charges against him and initial discovery was provided to counsel on December 20, 2018. Supplemental discovery was received a few weeks ago and there is still some outstanding. Counsel have conferred and this continuance

1

is requested to explore potential motions, further evaluate the discovery in this case, meet with his client and further investigate possible defenses.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A), (B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, April 22, 2019, up to and including May 23, 2019.

IT IS SO STIPULATED.

Dated: April 22, 2019	McGREGOR W. SCOTT
	UNITED STATES ATTORNEY

	by:	/s/ Cameron Desmond
		CAMERON DESMOND
		Assistant U.S. Attorney
		Attorney for Plaintiff

Dated:  April 22, 2019		/s/ Kyle R. Knapp
		KYLE KNAPP
		Attorney for Defendant
		ANTHONY ELLIS

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's April 25, 2019 criminal calendar and re-calendared for status conference on May 23, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on April 22, 2019, through and including May 23, 2019.

IT IS SO ORDERED.

Dated: April 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE