KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ANTHONY ELLIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY ELLIS.<br><br>    Defendants. | No. 17-CR-00204-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date: June 20, 2019<br>Time: 10:00 am.<br>Judge: Honorable Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Anthony Ellis that the previously-scheduled status conference, currently set by the court on its own motion for June 20, 2019, be vacated and that the matter be set for status conference/ motion to suppress evidence on September 19, 2019 at 10:00 a.m.

    After a review of all available discovery and further investigation, the defense is inclined to file a motion to suppress the evidence against Mr. Ellis. Bringing that motion will necessitate some further investigation and defense preparation. Counsel have conferred and this continuance

is requested to draft the motion to suppress motions, further evaluate the discovery in this case, meet with his client and further investigate possible defenses.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A), (B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from June 13, 2019, up to and including September 19, 2019. Further, that the following briefing schedule be adopted: the motion to suppress be filed on or before August 15, 2019, the government's response be filed by September 5, 2019 and the defendant's reply brief be filed by September 12, 2019.

IT IS SO STIPULATED.

Dated: June 18, 2019

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by: /s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: June 18, 2019

/s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
ANTHONY ELLIS

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's June 20, 2019, criminal calendar and re-calendared for status conference/ motion to suppress on September 19, 2019. Counsel for the defendant is to file the motion to suppress on or before August 15, 2019, the government's response is to be filed by September 5, 2019 and the defendant's reply brief is to be filed by September 12, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from June 13, 2019, through and including September 19, 2019.

IT IS SO ORDERED.

Dated: June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE