MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
MICHAEL W. REDDING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>ANTHONY ELLIS,<br><br>                  Defendant. | CASE NO. 2:17-CR-204 MCE<br><br>ORDER DENYING REQUEST TO SEAL |

      The Court has reviewed the Government's Request to Seal Exhibit's Two and Three to the Governments Opposition to the Defendant's Motion to Suppress. ECF No. 63. That Motion is DENIED without prejudice to renewal. Any renewed motion shall address the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).

      IT IS SO ORDERED.

Dated: September 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1