**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for ANTHONY ELLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 17-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| | ) | CONTINUE JUDGEMENT AND SENTENCING |
| ANTHONY ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, Anthony Ellis, that the previously scheduled sentencing date of May 7, 2020, be vacated and the matter set for sentencing on June 25, 2020 at 10:00am.

This continuance is requested to allow counsel additional time to develop equity material to provide to probation and to the Court and to research several issues in order to address the guideline analysis. I have contacted Ms. Desmond and Ms. Morehouse and they have no objection to the additional time needed to finalize this case.

In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – June 25, 2020; Reply or Statement of Non - Opposition to Motion to Correct PSR due

//

June 18, 2020; Motion to Correct PSR due June 11, 2020; the PSR has been filed.

Dated: April 8, 2020                                   Respectfully submitted.

                                                        /s/ Kyle R. Knapp
                                                       Kyle R. Knapp
                                                       Attorney for Defendant, Anthony Ellis


Dated: April 8, 2020                                   Respectfully submitted.

                                                        /s/ Cameron Desmond
                                                       Cameron Desmond
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

        IT IS SO ORDERED.

Dated:  April 9, 2020

                                                       _____
                                                       MORRISON C. ENGLAND, JR
                                                       UNITED STATES DISTRICT JUDGE