**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for ANTHONY ELLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   17-CR-00204-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO** |
| ) | CONTINUE JUDGEMENT AND SENTENCING |
| ANTHONY ELLIS, ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, Anthony Ellis, that the previously scheduled sentencing date of June 25, 2020, be vacated and the matter set for sentencing on August 20, 2020 at 10:00am.

    This continuance is requested to allow counsel additional time to develop equity material to provide to probation and to the Court and to research several issues in order to address the guideline analysis.  I have contacted Ms. Desmond and Ms. Morehouse and they have no objection to the additional time needed to finalize this case.  In addition, if at all possible, the defendant wishes to do his hearing live and not via videoconference.

    In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – August 20, 2020; Reply or Statement of Non - Opposition to Motion to Correct PSR

due August 13, 2020; Motion to Correct PSR due August 6, 2020; the PSR has been filed.

Dated: June 9, 2020                                         Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Anthony Ellis

Dated: June 9, 2020                                         Respectfully submitted.

   /s/ Cameron Desmond
Cameron Desmond
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  June 11, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE